AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 05 CR 640-1 |
| Michael Williams ) | USM No: 18042-424 |
| Date of Original Judgment: 03/27/2006 ) | |
| Date of Previous Amended Judgment: 05/15/2009 ) | John A. Meyer |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.    ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    130    months **is reduced to**    92   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    03/27/2006    shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 12/20/2011       *Judge's Signature*

Effective Date: 12/20/2011
*(if different from order date)*

Ronald A. Guzman, Judge
*Printed name and title*